UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 5 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-2381 MCA |
| | ) | |
| vs. | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): |
| | ) | Possession with Intent to Distribute |
| **NATALIE OROZCO**, | ) | 500 Grams and More of a Mixture and |
| | ) | Substance Containing Methamphetamine. |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about May 9, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **NATALIE OROZCO**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

KAB 05/17/16 4:01PM